IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

### RE-ASSIGNMENT ORDER

It is hereby **ORDERED** that the following civil cases assigned to the docket of Senior United States District Judge Royal Furgeson be returned to the U.S. District Clerk's Office for re-assignment. All orders, including scheduling order deadlines, shall remain in effect until and unless otherwise ordered by the assigning judge.

| | | |
|---|---|---|
| 3:08-CV-1975-F | 3:11-CV-0572-F | 3:11-CV-2709-F |
| 3:08-CV-2132-F | 3:11-CV-0785-F | 3:11-CV-3444-F |
| 3:09-CV-0137-F | 3:11-CV-0879-F | 3:12-CV-0244-F |
| 3:09-CV-0988-F | 3:11-CV-0915-F | 3:12-CV-0616-F |
| 3:09-CV-1848-F | 3:11-CV-0936-F | 3:12-CV-1318-F |
| 3:10-CV-1033-F | 3:11-CV-1258-F | 3:12-CV-1674-F |
| 3:10-CV-1280-F | 3:11-CV-1422-F | 3:12-CV-1910-F |
| 3:10-CV-1884-F | 3:11-CV-1758-F | 3:13-CV-1294-F |
| 3:10-CV-2408-F | 3:11-CV-1971-F | |
| 3:11-CV-0016-F | 3:11-CV-2337-F | |
| 3:11-CV-0182-F | 3:11-CV-2388-F | |

Signed this 31st day of May, 2013.

ROYAL FURGESON
SENIOR UNITED STATES DISTRICT JUDGE