UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL KLOEVER, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:11-CV-2709-G |
| ANDREW CLENNELL, City of Dallas | ) | |
| Police Officer and CITY OF DALLAS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs' motion for default judgment against defendant Andrew Clennell

(docket entry 48) is **DENIED**.

**SO ORDERED**.

September 17, 2013.

_____

A. JOE FISH
**Senior United States District Judge**